STATE of Missouri ex rel. Steven BARNETT, Appellant,

v.

John DOE and Jane Doe, Respondents.

No. ED 84349.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 7, 2004.

Jean Huff, Ellisville, MO, for appellant.

Steven Barnett, Pro Se Appellant.

Before GARY M. GAERTNER, SR., P.J., SHERRI B. SULLIVAN, J., and BOOKER T. SHAW, J.

### ORDER

PER CURIAM.

Steven Barnett appeals from the trial court's judgment dismissing his criminal complaint because it was not signed by the Prosecuting Attorney or Attorney General.

We have reviewed Barnett's brief and the record on appeal and find the claims of error to be without merit. No errors of law appear. An extended opinion reciting the facts and restating the principles of law would have no precedential value.

Judgment is affirmed pursuant to Rule 30.25(b).